UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
ROBERT C WEINTZ

Chapter 13 Bankruptcy

Case No. 19-30166-BEH

## NOTICE AND MOTION TO DISMISS - CONFIRMED PLAN

NOTICE IS HEREBY GIVEN that the Chapter 13 Standing Trustee, Scott Lieske, pursuant to 11 U.S.C. § 1307 (c), does hereby move the Court for an Order dismissing this case, for cause, including;

*Material default for failure to make payments to the Trustee as required by the terms of the confirmed plan.*

*Failure to provide the Chapter 13 Trustee with copies of the 2022 income tax returns, a tax affidavit, or a tax declaration in accordance with 28 U.S.C. § 1746.*

ANY OBJECTION TO THE RELIEF REQUESTED BY THIS MOTION SHOULD BE IN WRITING SPECIFYING LEGALLY SUFFICIENT GROUNDS WHY THE MOTION SHOULD NOT BE GRANTED AND SHOULD BE FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, ROOM 126, U.S. COURTHOUSE, 517 EAST WISCONSIN AVENUE, MILWAUKEE, WISCONSIN 53202, WITHIN 21 DAYS OF THE DATE OF THE MAILING OF THIS NOTICE. SHOULD AN OBJECTION NOT BE IN COMPLIANCE WITH THESE REQUIREMENTS THE COURT MAY GRANT THE MOTION WITHOUT A HEARING. IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING RELIEF.

/s/ Judith Du Sell  
2023-08-03 11:16:50

Scott Lieske, Chapter 13 Standing Trustee  
Christopher D. Schimke, Staff Attorney  
Kyle R. Knutson, Staff Attorney  
Judith L. Du Sell, Staff Attorney  
P.O. Box 510920  
Milwaukee, WI 53203  
(414) 271-3943