

LAW OFFICES
15W030 North Frontage Road, Suite 200
Burr Ridge, Illinois 60527
Phone: (630) 794-5200

August 14, 2023

Honorable Judge Beth E. Hanan
United States Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202-4581

     Re:     Letter to Renew Motion for Relief from Stay
              *In re* Robert C Weintz
              Case# 19-30166-beh

Dear Judge Hanan:

     This firm represents Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 (hereinafter "Creditor") in the above referenced matter.

     On January 25, 2022, the Court entered an Order which provided in paragraph 3 that Creditor may renew its Motion for Relief and Abandonment by written request for the balance of the Chapter 13 plan. A copy of the Order is attached as Exhibit A. The Debtor is currently in default in payments and our client's Motion is hereby renewed. According to our client's records, the Debtor is currently due for the 06/01/2023 through and including the 08/01/2023 post-petition payments (3 @ $745.92 each), with arrears in the amount of $2,687.76 which includes attorney fees in the amount of $450.00.

     By copy of this letter, we are informing the parties listed below of this Notice of Renewal. Should the Debtor or Debtor's Attorney file a written objection to the renewed Motion for Relief from the Automatic Stay and Abandonment within fourteen (14) days of the date of this letter, we respectfully request that the Court set this matter for a hearing and that proper notice of the same is provided to the appropriate parties.

     Should there be no objection filed in a timely manner, the Court may enter an order granting the relief requested.

                                                            Very truly yours,

                                                           Codilis, Moody & Circelli, P.C.

                                                           /s/ Matthew Comella
                                                           Attorney for Creditor

Note: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN (MILWAUKEE)

| | | |
|---|---|---|
| In re: | ) | Case No. 19-30166-beh |
|    Robert C. Weintz | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge Beth E. Hanan |

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the annexed Letter to Renew Creditor's Motion for Relief from the Automatic Stay to the parties listed below, as to the Chapter 13 Trustee, U.S. Trustee and Debtor's Attorney via electronic notice on August 14, 2023 and as to the Debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 14, 2023.

Scott Lieske, Chapter 13 Trustee, P.O. Box 510920, Milwaukee, WI 53203
  by electronic notice through ECF
Robert C. Weintz, Debtor, W3786 Beaver Dr., Lake Geneva, WI 53147
Robert L. Crowley, Attorney for Debtor, 2323 S. 109th St., Milwaukee, WI 53227
  by electronic notice through ECF
U.S. Trustee, Office of the U.S. Trustee, 517 East Wisconsin Ave., Room 430, Milwaukee, WI 53202
  by electronic notice through ECF

                                  /s/ Matthew Comella
                                  Attorney for Creditor

Shawn R. Hillmann, WI Bar No. 1037005
Rachael A. Stokas, MO Bar No. 61282
Peter C. Bastianen, IL Bar No. 6244346
Matthew Comella, WI Bar No. 1096303
Joel P. Fonferko, IL Bar No. 6276490
matthew.comella@codilis.com
Codilis, Moody & Circelli, P.C.
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527
(414) 775-7700
**50-19-02003**

NOTE: This law firm is a debt collector.