UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: Robert C Weintz,                                Chapter 13 Bankruptcy
                    Debtor.                                        Case No. 19-30166-beh

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the Trustee's Motion to Dismiss may be denied based on the following terms:

1. The Debtor must pay $530.00 monthly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to the Office of the Chapter 13 Trustee on or before the last day of each month, commencing with November 2023 and continuing through and including April 2024. Payments may be made via U.S. Mail to Chapter 13 Trustee, P.O. Box 730, Memphis, TN 38101-0730, electronically via TFSbillpay.com, or via payroll deduction.

2. On or before October 2, 2023, the Debtor must provide copies of federal and state tax returns, a tax affidavit, or a tax declaration in accordance with 28 U.S.C. § 1746 for the year(s) 2022 to the Chapter 13 Trustee.

3. The Trustee may file a Certification of Default and a proposed Order Dismissing Case without further notice or hearing if the Debtor fails to comply with the deadlines stated above.

4. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

**IT IS THEREFORE ORDERED THAT:**
Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####

Prepared by:
Judith L. Du Sell, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344