# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | | | |
|---|---|---|---|
| IN RE: | ) | Case No. | 19-30166-beh |
| Robert C. Weintz | ) | Chapter: | 13 |
| | ) | | |
| Debtor(s). | ) | Judge Beth E. Hanan | |

## ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Pursuant to the Motion for Relief of Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2 (hereinafter "the Creditor") with respect to the property located at W3786 Beaver Drive, Lake Geneva, WI 53147, this matter was heard on September 12, 2023, the Creditor appearing through its counsel Codilis, Moody & Circelli, P.C. by Matthew Comella and the Debtor appearing through Krekeler Law SC by Noe Rincon and Kyle Knutson appearing on behalf of the Chapter 13 Trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein, a secured creditor herein,

IT IS HEREBY ORDERED that the motion is denied, subject to the following terms and provisions of this Order:

1. That the Creditor is due outstanding post-petition amounts due totaling $4,179.60 through October 31, 2023.

The arrearage is itemized as follows:

| # of Missed Mortgage Payments | From | To | Monthly Payment Amount | Total Amount Missed |
|---|---|---|---|---|
| 5 | 06/01/2023 | 10/01/2023 | $745.92 | $3,729.60 |
| Attorney Fees/Cost | | | | $450.00 |
| TOTAL ARREARAGE | | | | $4,179.60 |

2. Creditor may file a supplemental proof of claim for the post-petition arrearages, totaling $4,179.60;

3. That commencing with the November 1, 2023 post-petition mortgage payment and continuing through and including the October 1, 2024 post-petition mortgage payment, the Debtor shall make all monthly mortgage payments to the Creditor in sufficient time to be received on or before the 15th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the Creditor, its servicing agent or its counsel may submit an affidavit of default.

4. That commencing with the November 1, 2024 post-petition mortgage payment, the Debtor shall make all monthly mortgage payments to the Creditor in sufficient time to be received on or before the 15th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the Creditor may request by letter another Hearing upon the Motion for Relief from the Automatic Stay.

5. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

6. Abandonment pursuant to 11 U.S.C. §554(b) shall be granted concurrently with any order granting Creditor relief from the automatic stay pursuant to 11 U.S.C. §362(d).

7. That pending further notice, the amount of the monthly mortgage payment is $745.92 and payment shall be made to the Creditor at PHH Mortgage Services, PO BOX 24781, ATTN: SV 19 West Palm Beach, FL 33416.

#####