UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re  
Robert C Weintz,  
      Debtor.

Chapter 13  
Case No. 19−30166−beh

# NOTICE OF TELEPHONE HEARING

TO:     Robert C Weintz                     Attorney Robert L. Crowley  
                                                   Trustee Scott Lieske

    PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before Beth E. Hanan, United States Bankruptcy Judge, on **November 21, 2023, at 09:00 AM,** to consider the debtor's motion to vacate the order dismissing his case.

    PLEASE TAKE FURTHER NOTICE that **in order to appear by telephone, you must call the Court conference line at 1−888−808−6929, and enter access code 9122579 before the scheduled hearing time.** The Court may already be in session, so please wait quietly for your case to be called.

    **Should any party have a conflict with the scheduled date and time for this hearing, that party should review the Chambers Procedures for Judge Hanan, which can be found on our website at www.wieb.uscourts.gov.**

    PLEASE TAKE FURTHER NOTICE that at the telephone hearing, the Court may rule or may schedule additional hearings, without further notice.

By the Court:

_____/s/_____  
Beth E. Hanan  
United States Bankruptcy Judge

November 9, 2023