So Ordered.

Dated: December 6, 2023



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Robert C. Weintz,
    Debtor.

**Chapter 13 Bankruptcy**

**Case No. 19-30166-BEH**

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS CONFIRMED PLAN

The Motion by the Chapter 13 Trustee to Dismiss Case for failure to make plan payments filed on October 10, 2023, came on for a telephonic hearing on November 21, 2023. Attorney Noe J. Rincon appeared for the Debtor, and Attorney Kyle Knutson appeared for the Chapter 13 Trustee. At the hearing, the Trustee's motion was denied subject to the following terms:

1. The Debtor must pay $530.00 monthly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to the Office of the Chapter 13 Trustee on or before the last day of each month, commencing with December 2023 and continuing through and including April 2024. Payments may be made via U.S. Mail to Chapter 13 Trustee, P.O. Box 730, Memphis, TN, 38101-0730, electronically via TFSbillpay.com, or via payroll deduction.

2. No later than December 5, 2023, the Debtor shall submit a modified Chapter 13 plan to include payment of post-petition arrearage accrued pursuant to the terms of the Order entered on September 18, 2023, and to provide for the completion of the Chapter 13 plan with the 60-month limit.

3. The Trustee may request by letter another Hearing upon the Motion to Dismiss dated October 10, 2023, if the Debtor fails to comply with the deadlines stated above.

4. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

IT IS ORDERED, subject to terms and provisions of this Order, the Chapter 13 Trustee's Motion to Dismiss filed on October 10, 2023, is denied.

#####