So Ordered.

Dated: January 5, 2024



Beth E. Hanan  
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>ROBERT C WEINTZ<br><br>Debtor. | Chapter 13<br>Case No. 19-30166-BEH |

**ORDER RESOLVING TRUSTEE'S OBJECTION**  
**TO CONFIRMATION OF PLAN**

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed to resolve the Trustee's Objection to Confirmation based on the following terms.  Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. On or before February 2, 2024, the Debtor shall:
    a. File an amended budget showing the Debtor's ability to support the increased Plan payment amount proposed in the Modified Plan.
    b. Provide the Trustee with income documentation to support the income disclosed on the Amended Schedule I.
2. The Trustee's deadline to object to confirmation is extended to February 23, 2024.

#####

Prepared by:  
Judith L. Du Sell, Staff Attorney  
Office of the Chapter 13 Trustee  
P O Box 510920  
Milwaukee, WI 53203  
T: (414) 271-3943  
info@chapter13milwaukee.com