UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re: ROBERT C WEINTZ	Chapter 13 Bankruptcy

Debtor.	Case No. 19-30166 BEH

## CERTIFICATION OF DEFAULT

The undersigned certifies as follows:

1. The Chapter 13 Standing Trustee previously filed a Motion to Dismiss the above referenced case.

2. An Order Denying Trustee's Motion to Dismiss Confirmed Plan was signed on December 6, 2023.

3. The Order required the debtor to pay $530.00 monthly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to the Office of the Chapter 13 Trustee on or before the last day of each month, commencing with December 2023 through and including April 2024. Should the debtor fail to comply with the said deadline, the Order further provided that the Trustee could submit a Certification of Default and an Order Dismissing Case without further notice or hearing.

4. The debtor has failed and neglected to make the required payments. All payments received by the Trustee for this case in the last twelve (12) months appear in the table below. If necessary, an appropriate staff member from the Office of the Chapter 13 Trustee would testify that this information is contained in the business records of the Trustee.

| Transaction Date | Check Number | Amount | Source |
|---|---|---|---|
| 2023-01-17 | 28033051072 | $530.00 | Money Order |
| 2023-02-07 | 27673187905 | $530.00 | Money Order |
| 2023-03-10 | 27673191257 | $530.00 | Money Order |
| 2023-04-11 | 28287984982 | $530.00 | Money Order |
| 2023-06-01 | 27673191843 | $530.00 | Money Order |

5. This certification is made in support of an Order Dismissing Case.

/s/_____
Jolene Parker
Administrative Assistant to
Scott Lieske, Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: ROBERT C WEINTZ | Chapter 13 Bankruptcy |
| Debtor. | Case No. 19-30166 BEH |

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the **CERTIFICATION OF DEFAULT** in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system in the date of the electronic signature affixed hereto:

OFFICE OF THE U.S. TRUSTEE

KREKELER STROTHER SC

I further certify that I have mailed by United States Postal Service the same document to the following non-ECF participants:

ROBERT C WEINTZ
W3786 BEAVER DR.
LAKE GENEVA, WI 53147

/s/_____
Jolene Parker
Administrative Assistant to
Scott Lieske, Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943