UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the matter:

Robert C Weintz,

Debtor.

Case No. 19-30166-beh

Chapter 13 Bankruptcy

## ORDER DISMISSING CASE

The Office of the Chapter 13 Trustee filed Evidence of Default on January 10, 2024, indicating the Debtor has failed to make payments as required under a previous order of the court.

Based on the record,

IT IS ORDERED that this case is dismissed, effective immediately.

#####